UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee under the Will of PETER B. TAYLOR, Deceased, Respondent, *v.* IRVING K. TAYLOR et al., Appellants, and JOHN M. PERRY et al., Respondents.

(Submitted February 27, 1922; decided March 7, 1922.)

MOTION to amend remittitur so as to provide " that the judgment be affirmed, with costs to the plaintiff and with costs to the defendant John M. Perry to be paid out of the estate." (See 232 N. Y. 609.)

Motion granted. Return of remittitur requested and the same to be amended as requested, without costs.